UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BARBARA GALANTE and KENNETH
GALANTE,

        Plaintiffs,

v.

WYETH, INC.; WYETH
PHARMACEUTICALS, INC.; PFIZER INC.;
GREENSTONE LTD., PHARMACIA &
UPJOHN COMPANY

        Defendants.

CIVIL ACTION NO. 05-11377-REK

## STIPULATION OF EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

IT IS HEREBY STIPULATED AND AGREED by and between defendants Pfizer Inc,

Pharmacia & Upjohn Company, LLC and Greenstone, Ltd. ("Defendants") and plaintiffs Barbara

Galante and Kenneth Galante, that the time for Defendants to answer or otherwise plead in

response to the Complaint is hereby extended through and including twenty (20) days after the

transfer of this case to *In re Prempro Products Liability Litigation*, MDL Docket No.

4:03CV1507 WRW, is accomplished.

Respectfully submitted:

BARBARA GALANTE and KENNETH GALANTE

By their attorneys,

*/S/ Samuel Pollack*

_____
Samuel Pollack (BBO No. 560617)
Albert Flanders (BBO No. 567076)
POLLACK & FLANDERS, LLP
50 Congress Street, Suite 430
Boston, MA  02109
Telephone:  (617) 259-3000
Facsimile:   (617) 259-3050


PFIZER INC; PHARMACIA & UPJOHN COMPANY, LLC; and GREENSTONE, LTD.

*/S/ J. Christopher Allen, Jr.*

_____
Joseph J. Leghorn (BBO No. 292440)
J. Christopher Allen, Jr. (BBO No. 648381)
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110
Telephone: (617) 345-1000
Facsimile:  (617) 345-1300

DATED:  November 14, 2005

## CERTIFICATE OF SERVICE

I, J. Christopher Allen, Jr., do hereby certify that a true copy of the above document was served upon all counsel of record by electronic service on this 14th day of November, 2005.

*/S/ J. Christopher Allen, Jr.*

_____
J. Christopher Allen, Jr.