UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARBARA GALANTE and KENNETH GALANTE,<br><br>        Plaintiffs,<br><br>v.<br><br>WYETH, INC.; WYETH PHARMACEUTICALS, INC.; PFIZER INC.; GREENSTONE LTD., PHARMACIA & UPJOHN COMPANY<br><br>        Defendants. | CIVIL ACTION NO. 05-11377-REK |

**NOTICE OF APPEARANCE OF J. CHRISTOPHER ALLEN, JR.
ON BEHALF OF DEFENDANTS PFIZER INC,
PHARMACIA & UPJOHN COMPANY, LLC AND GREENSTONE, LTD.**

Pursuant to Local Rules of the United States District Court for the District of

Massachusetts Rule 83.5.2, J. Christopher Allen, Jr. of the law firm of Nixon Peabody LLP

hereby files a notice of appearance on behalf of defendants Pfizer Inc, Pharmacia & Upjohn

Company, LLC and Greenstone, Ltd. in the above-captioned action.

        Respectfully submitted:

        PFIZER INC; PHARMACIA & UPJOHN
        COMPANY, LLC; and GREENSTONE,
        LTD.
        By its attorneys,

        */S/ J. Christopher Allen, Jr.*
        _____
        Joseph J. Leghorn (BBO No. 292440)
        J. Christopher Allen, Jr. (BBO No. 648381)
        NIXON PEABODY LLP
        100 Summer Street
        Boston, MA  02110
        Telephone: (617) 345-1000

BOS1544005.1

2

## **CERTIFICATE OF SERVICE**

I, J. Christopher Allen, Jr., do hereby certify that a true copy of the above document was

served upon all counsel of record by electronic service on this 14th day of November, 2005.

*/S/ J. Christopher Allen, Jr.*

_____

J. Christopher Allen, Jr.