UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARBARA GALANTE and KENNETH GALANTE,<br><br>       Plaintiffs,<br><br>v.<br><br>WYETH, INC.; WYETH PHARMACEUTICALS, INC.; PFIZER INC.; GREENSTONE LTD., PHARMACIA & UPJOHN COMPANY<br><br>       Defendants. | CIVIL ACTION NO. 05-11377-REK |

## NOTICE OF APPEARANCE OF JOSEPH J. LEGHORN
## ON BEHALF OF DEFENDANTS PFIZER INC,
## PHARMACIA & UPJOHN COMPANY, LLC AND GREENSTONE, LTD.

Pursuant to Local Rules of the United States District Court for the District of Massachusetts Rule 83.5.2, Joseph J. Leghorn of the law firm of Nixon Peabody LLP hereby files a notice of appearance on behalf of defendants Pfizer Inc, Pharmacia & Upjohn Company, LLC and Greenstone, Ltd. in the above-captioned action.

    Respectfully submitted:

    PFIZER INC; PHARMACIA & UPJOHN COMPANY, LLC; and GREENSTONE, LTD.
    By its attorneys,

    */S/ Joseph J. Leghorn*
    _____
    Joseph J. Leghorn (BBO No. 292440)
    J. Christopher Allen, Jr. (BBO No. 648381)
    NIXON PEABODY LLP
    100 Summer Street
    Boston, MA  02110
    Telephone: (617) 345-1000

BOS1544004.1

## CERTIFICATE OF SERVICE

I, Joseph J. Leghorn, do hereby certify that a true copy of the above document was served upon all counsel of record by electronic service on this 14th day of November, 2005.

*/S/ Joseph J. Leghorn*
_____
Joseph J. Leghorn