UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARBARA and KENNETH GALENTE<br>　　　　Plaintiffs,<br><br>v.<br><br>WYETH, INC., WYETH PHARMACEUTICALS INC., PFIZER, INC., PHARMACIA & UPJOHN COMPANY, and GREENSTONE LTD<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)　Civil Action No. 05-11377-REK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF EXTENSION OF TIME TO RESPOND**

IT IS HEREBY STIPULATED AND AGREED by and between defendants Wyeth, Inc. and Wyeth Pharmaceuticals Inc. (collectively, "Wyeth") and plaintiffs Barbara and Kenneth Galente that the time for Wyeth to answer or otherwise respond to the complaint in this action is hereby extended through and including the day that transfer of this case to *In re Prempro Products Liability Litigation*, MDL Docket No. 4:03CV1507 WRW, is accomplished.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　BARBARA and KENNETH GALENTE

　　　　　　　　　　　　　　　　　　　By their attorneys:

　　　　　　　　　　　　　　　　　　　/s/ Albert Flanders_____
　　　　　　　　　　　　　　　　　　　Samuel Pollack (BBO No. 560617)
　　　　　　　　　　　　　　　　　　　Albert Flanders (BBO No. 567076)
　　　　　　　　　　　　　　　　　　　POLLACK & FLANDERS, LLP
　　　　　　　　　　　　　　　　　　　50 Congress Street, Ste 430
　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　(617) 259-3000
　　　　　　　　　　　　　　　　　　　aflanders@pollackandflanders.com

Dated:  November 14, 2005

US1DOCS 5365130v1

          WYETH, INC. and WYETH
          PHARMACEUTICALS, INC.

          By their attorneys:

          /s/ John J. Butts_____
          Robert M. Mahoney (BBO No. 315040)
          John J. Butts (BBO No. 643201)
          Wilmer Cutler Pickering Hale and Dorr LLP
          60 State Street
          Boston, MA 02109
          (617) 526-6000
          john.butts@wilmerhale.com

Dated:  November 14, 2005