

A CERTIFIED TRUE COPY
DEC 28 2005
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 04 2006    DEC 12 2005

JAMES W. McCORMACK, CLERK
By: _____
         DEP CLERK

FILED
CLERK'S OFFICE

DOCKET NO. 1507

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-58)

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,568 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

_Michael J. Beck_
Michael J. Beck
Clerk of the Panel

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK

By: _____ D.C.

Inasmuch as no objection is pending at this time, the stay is lifted.

DEC 28 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

962

## SCHEDULE CTO-58 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**      **CASE CAPTION**

**FLORIDA MIDDLE**
- FLM 6 05-1592    Joy Hinkle v. Wyeth, et al.
- FLM 8 05-1961    Virginia Gorski v. Wyeth, Inc., et al.
- FLM 8 05-2018    Judy Seay v. Wyeth, Inc., et al.
- FLM 8 05-2036    Karen McMichael v. Wyeth Inc., et al.
- FLM 8 05-2043    Marguerite Gibson v. Wyeth, Inc., et al.

**FLORIDA NORTHERN**
- FLN 3 05-394    Anne Roffman, et al. v. Wyeth, et al.

**FLORIDA SOUTHERN**
- FLS 2 05-14296    Rose DeTorre, et al. v. Wyeth, et al.
- FLS 9 05-80903    Marlene Magness, et al. v. Wyeth, et al.

**LOUISIANA WESTERN**
- LAW 5 05-1347    Hilda Ruth Beahm v. Wyeth, et al.
- LAW 6 05-1857    Margarite Hebert v. Wyeth Laboratories, Inc., et al.

**MASSACHUSETTS**
- MA 1 05-11377    Barbara Galante, et al. v. Wyeth, Inc., et al.
- MA 1 05-11436    Mary Lee, et al. v. Wyeth, Inc., et al.
- MA 1 05-11437    Eleanor T. Guarino, et al. v. Wyeth, Inc., et al.
- MA 1 05-11438    Elizabeth Walsh v. Wyeth, Inc., et al.
- MA 1 05-11439    Rochelle A. Bennett v. Wyeth, Inc., et al.
- MA 1 05-11441    Estelle Hayman v. Wyeth, Inc., et al.
- MA 1 05-11447    Sophia Higginbottom v. Wyeth, Inc., et al.

**MARYLAND**
- MD 1 05-1851    Carole Mall, et al. v. Wyeth, et al.
- MD 8 05-2938    Mary E. Waddell, et al. v. Wyeth, Inc., et al.

**MAINE**
- ME 2 05-164    Beth Cassel-Tableman v. Wyeth, et al.
- ME 2 05-165    Toni Rees v. Wyeth, et al.

**MINNESOTA**
- MN 0 05-2430    Marta Maria Parkes v. Wyeth, et al.
- MN 0 05-2480    Barbara Thornell v. Pharmacia & Upjohn Co., LLC, et al.
- MN 0 05-2521    Nicole J. Barnett v. Wyeth, et al.
- MN 0 05-2529    Patti H. Giambrone v. Wyeth, et al.

**MISSOURI EASTERN**
- MOE 4 05-1371    Cecilia P. Conza v. Wyeth, Inc., et al.
- MOE 4 05-2018    Mary Schroeder, et al. v. Wyeth, et al.
- MOE 4 05-2019    Jonette Smith, et al. v. Wyeth, et al.

SCHEDULE CTO-58 - TAG-ALONG ACTIONS    MDL-1507                                PAGE 2 OF 2

**DIST. DIV. C.A. #**           **CASE CAPTION**

MISSISSIPPI NORTHERN
  MSN 1  05-72              Delores Arnold, et al. v. Wyeth, et al.
  MSN 1  05-76              Martha Heleniak, et al. v. Wyeth, et al.
  MSN 4  05-67              Barbara Watson, et al. v. Wyeth, et al.
  MSN 4  05-159             Ethel Lee Murphy, et al. v. Wyeth, et al.
  MSN 4  05-160             Willie Olive, et al. v. Abbott Laboratories, et al.
  MSN 4  05-248             Claudia Stewart v. Wyeth, et al.

NEVADA
  ~~NV 3 05-585~~            ~~Lorraine Van Brocklin, et al. v. Wyeth, et al.~~  Vacated 12/27/05

PENNSYLVANIA EASTERN
  PAE 2  05-5525             Laura L. Jackson v. Wyeth, et al.
  PAE 2  05-5527             Betty Harrison v. Wyeth, et al.
  PAE 2  05-5528             Phyllis L. Morris, et al. v. Wyeth, et al.
  PAE 2  05-5529             Annie Sawyer v. Wyeth, et al.
  PAE 2  05-5532             Margaret A. Gray v. Wyeth, et al.
  PAE 2  05-5533             Teresa R. Cassady, et al. v. Wyeth, et al.
  PAE 2  05-5536             Mildred Key, et al. v. Wyeth, et al.
  PAE 2  05-5537             Mariel J. Evans, et al. v. Wyeth, et al.
  PAE 2  05-5540             Charlotte Lewis, et al. v. Wyeth, et al.

PUERTO RICO
  PR 3  05-1822              Emma Serpa-Torres, et al. v. Wyeth

SOUTH DAKOTA
  SD 4  05-4103              Martha Flamming Grimme, et al. v. Wyeth, Inc., et al.

TEXAS EASTERN
  TXE 1  05-727              Kathleen Yauch v. Wyeth, et al.

TEXAS NORTHERN
  TXN 7  05-148              Patty Tannahill v. Wyeth, Inc., et al.

VERMONT
  VT 2  05-234               Carolyn Volpini v. Wyeth, et al.
  VT 2  05-235               Ellen H. Sussman v. Wyeth, et al.
  VT 2  05-236               Ruthanne Eldred v. Wyeth, et al.

WISCONSIN WESTERN
  WIW 3  05-614              Lynn J. Cantwell v. Wyeth, Inc., et al.